UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE, <br><br> Plaintiff, <br><br> – v. – <br><br> TAYLOR DEVICES, INC., <br><br> Nominal Defendant, <br><br> – and – <br><br> IRA SOCHET, <br><br> Defendant. | ECF CASE <br><br> No. 20-cv-4099 (GHW) (JLC) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deborah Donoghue, by her undersigned attorneys, hereby gives notice that the matter captioned above is voluntarily dismissed with prejudice effective immediately.  Issue has not been joined.

Dated: August 10, 2020
      New York, New York

                                          HUNTER & KMIEC

                                          By:

                                             /s/ James A. Hunter
                                           James A. Hunter
                                           42 Stagecoach Road
                                           Pipersville, Pennsylvania  18947
                                           Tel:    (484) 437-5935
                                           Fax:   (646) 462-3356
                                           E-Mail: hunter@hunterkmiec.com

(counsel continued on next page)

(counsel continued from preceding page)

David Lopez
LAW OFFICE OF DAVID LOPEZ
171 Edge of Woods Road, P.O. Box 323
Southampton, New York  11968
Tel:    (631) 287-5520
Fax:   (631) 283-4735
Email: davidlopezesq@aol.com

Miriam Deborah Tauber
MIRIAM TAUBER LAW
885 Park Avenue No. 2A
New York, New York  10075
Tel:    (323)-790-4881
Email: miriamtauberlaw@gmail.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    Plaintiff,

    – v. –

TAYLOR DEVICES, INC.,

    Nominal Defendant,

    – and –

IRA SOCHET,

    Defendant.

ECF CASE

No. 20-cv-4099 (GHW) (JLC)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020 I caused a true and correct copy of Plaintiff's Notice of Voluntary Dismissal in the matter captioned above to be served on each person set forth on Exhibit A hereto by U.S. mail to the address set forth below his or her name thereon.

    /s/ James A. Hunter
    James A. Hunter

**Exhibit A**
**Service List:** *Donoghue v. Taylor Devices, Inc.,*
**No. 20-cv-4099 (GHW) (JLC) (S.D.N.Y. filed May 28, 2020)**

*Counsel for Defendant Ira Sochet*:

    Daniel W. Rumsey, Esq.
    Disclosure Law Group, a Professional Corporation
    655 West Broadway, Suite 870
    San Diego, California  92101

*Counsel for Nominal Defendant Taylor Devices, Inc.*:

    Christopher J. Bonner, Esq.
    Barclay Damon LLP
    Barclay Damon Tower
    125 East Jefferson Street
    Syracuse, New York  13202